**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   24-62340-CIV-DAMIAN**

**ANDREE CAMPBELL**,

      Plaintiff,

v.

**GROVE BAY HOSPITALITY GROUP, LLC**,

      Defendant/Third-Party Plaintiff,

v.

**POPMENU INC.**,

      Third-Party Defendant.

_____/

## ORDER ON JOINT STIPULATIONS FOR DISMISSAL [ECF NO. 63]

**THIS CAUSE** came before the Court upon Plaintiff, Andree Campbell, and Defendant, Grove Bay Hospitality Group, LLC's ("Grove Bay Hospitality"), Joint Stipulation for Dismissal With Prejudice [ECF No. 59 (the "Original Action Stipulation")], filed November 3, 2025, and Third-Party Plaintiff, Grove Bay Hospitality, and Third-Party Defendant, Popmenu, Inc.'s, Joint Stipulation of Dismissal [ECF No. 63 (the "Third-Party Action Stipulation")], filed December 15, 2025.

THE COURT has considered the Joint Stipulations and the pertinent portions of the record and is otherwise fully advised.

Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by all parties who have appeared. Here, the Stipulations are signed by all parties who have appeared. The Original Action Stipulation indicates that the original action, between Andree Campbell and Grove Bay Hospitatlity, is

dismissed with prejudice, whereas the Third-Party Action Stipulation does not specify that the dismissal is with prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** the Original Action between Plaintiff, Andree Campbell, and Defendant, Grove Bay Hospitality, is **DISMISSED WITH PREJUDICE**. It is further

ORDERED AND ADJUDGED that the Third-Party Action, between Third-Party Plaintiff, Grove Bay Hospitality, and Third-Party Defendant, Popmenu, Inc. is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to **CLOSE** this case, and all pending Motions shall be **DENIED AS MOOT**. The hearing presently set for December 16, 2025, is **CANCELED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 15th day of December, 2025

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

2